*** FUND REQUIREMENT FOR ELECTED OFFICIALS OF EXECUTIVE BRANCH OF GOVERNMENT *** THE PROVISIONS OF TITLE 62 O.S. 1971 41.26 [62-41.26], REQUIRE ELECTED OFFICIALS OF THE EXECUTIVE BRANCH OF GOVERNMENT, DESIGNATED TO APPROVE CLAIMS AND PAYROLLS, IF NOT ALREADY UNDER BOND, TO EXECUTE A BOND FOR SUCH PURPOSE. CITE: SECTION 41.26, TITLE 62 O.S. 1961 [62-41.26]; TITLE 12 O.S., 66 [12-66]. (TODD MARKUM)